Julius Olf, appellee, v. Apfelbaum & Stern, Inc., appellant. Gen. No. 34,629.

Opinion
filed April 15, 1931. Rehearing denied April 27, 1931.
Connell & Gombiner, for appellant; Maurice L. Davis, of counsel.
Teller, Levit, Silvertrust & Levi, for appellee.
Mr. Presiding Justice Wilson delivered the opinion of the court.